AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Stout, Alan C. | 2. Court or Organization<br><br>U.S. Bankruptcy Court Western District of Kentucky | 3. Date of Report<br><br>10/7/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Bankruptcy Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

601 W. Broadway
Suite 533
Louisville, KY 40202

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | President | Stout Development Inc. |
| 2. | President/Director | Fohs Hall, Inc. |
| 3. | Board of Trustees | Murray State University Foundation |
| 4. | President | ▮▮▮▮▮▮▮. Condominium Association |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1986-2006 | Kentucky Employee Retirement Systems (KERS), No control |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2018 | Kentucky Retirement Systems (Pension) | $52,900.56 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | ABI | 3/3/18-3/6/18 | New York, New York | Judged National Moot Court Competition | Food, lodging and airfare |
| 2. | Federal Bar Association, Bankruptcy Section | 7/26/18-7/29/18 | Traverse City MI | Presented & attended seminar | Food, Lodging & airfare |
| 3. | NABT | 8/15/18-8/19/18 | Amelia Island FL | Presented & attended Seminar and Annual Conference | Food, Lodging & airfare |
| 4. | NABT | 9/25/18-9/26/18 | Washington DC | Provided testimony before House Judiciary Subcommittee on pending legislation | Food, Lodging & airfare |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Stout, Alan C. | 10/7/2019 |

| 5. | NCBJ | 10/27/18-11/1/18 | San Antonio TX | Attended Annual Conference | Food, Lodging & airfare |
|---|---|---|---|---|---|

| Name of Person Reporting | Date of Report |
|---|---|
| Stout, Alan C. | 10/7/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Farmers Bank & Trust | Line of Credit secured by Commercial Real Estate Mortgage | L |
| 2. | Edward Jones | Loan | L |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stout, Alan C. | 10/7/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. EJ Joint Investment Acct. Fr | | | | | | | | | |
| 2. a. American Balanced Fund CL A | D | Dividend | M | T | | | | | |
| 3. b. American Mutual Fund CL A | D | Dividend | M | T | | | | | |
| 4. c Capital Income Builder Fund CLA | D | Dividend | M | T | | | | | |
| 5. d. Income Fund of America A | D | Dividend | M | T | | | | | |
| 6. EJ IRA | | | | | | | | | |
| 7. a. Goldman Sachs - Group Bond | F | Dividend | P1 | T | | | | | |
| 8. b. Income Fund of America - Mutual Fund | F | Dividend | P1 | T | | | | | |
| 9. c. Bond Fund of America - Mutual Fund | F | Dividend | P1 | T | | | | | |
| 10. d Capital Income Builder Fund - Mutual Fund | F | Dividend | P1 | T | | | | | |
| 11. e. Capital World GRW & Inc Fund - Mutual Fund | F | Dividend | P1 | T | | | | | |
| 12. f Growth Fund of America - Mutual Fund | F | Dividend | P1 | T | | | | | |
| 13. g. Investment Co of America - Mutual Fund | F | Dividend | P1 | T | | | | | |
| 14. h Fundamental Investors Fund | F | Dividend | P1 | T | | | | | |
| 15. i American Internation Growth (X) | F | Dividend | P1 | T | | | | | |
| 16. jAMCAP Fund Class A | F | Dividend | P1 | T | | | | | |
| 17. k New World Fund (X) | F | Dividend | P1 | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stout, Alan C. | 10/7/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. EJ 529 College Savings Plans CAFAX | A | Dividend | J | T | | | | | |
| 19. Amerprise Financial Accts | | | | | | | | | |
| 20. a. RiverSource Universal Life Ins - Traditional Universal Whole Life | | None | L | T | | | | | |
| 21. b. SGIIX | C | Dividend | N | T | | | | | |
| 22. c. REZ | C | Dividend | N | T | | | | | |
| 23. e. SPHQ | C | Dividend | N | T | | | | | |
| 24. f UBVSX | C | Dividend | N | T | | | | | |
| 25. h. VEVY | C | Dividend | N | T | | | | | |
| 26. i. HIEMX | C | Dividend | N | T | | | | | |
| 27. j USD | C | Dividend | N | T | | | | | |
| 28. k LSIZX | C | Dividend | N | T | | | | | |
| 29. l WACPX | C | Dividend | N | T | | | | | |
| 30. m PIMSX | C | Dividend | N | T | | | | | |
| 31. n IYR | C | Dividend | N | T | | | | | |
| 32. LFCU - Savings Account | A | Interest | J | T | | | | | |
| 33. Farmers Bancorp (Stock) | E | Dividend | O | T | | | | | |
| 34. FBTC. (CD & Savings) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stout, Alan C. | 10/7/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Condo Grand Rivers, Livingston Co. KY | D | Rent | M | W | | | | | |
| 36. Real Estate, Marion, Crittenden Co., KY | B | Rent | L | W | | | | | |
| 37. Marriott Vacation Time Share | | None | K | W | | | | | |
| 38. Stout Development Inc. Stock | | None | J | W | | | | | |
| 39. Real Estate - Benton, Marshall Co., KY | | None | J | W | | | | | |
| 40. Real Estate, Marion, Crittenden Co., KY (subject to Life Est.) | | None | L | W | | | | | |
| 41. US SAVINGS BONDS | A | Interest | | | Sold | 04/19/18 | J | | USA |
| 42. Real Estate Jefferson Co. KY | | None | N | W | | | | | |
| 43. | | | | | | | | | |
| 44. | | | | | | | | | |
| 45. | | | | | | | | | |
| 46. | | | | | | | | | |
| 47. | | | | | | | | | |
| 48. | | | | | | | | | |
| 49. | | | | | | | | | |
| 50. | | | | | | | | | |
| 51. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stout, Alan C. | 10/7/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Alan C. Stout**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544